AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Carlos BARTOLO RIOS | ) Case No.  2:22-mj-46 |
| a.k.a. Carlos BARTOLO | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 4, 2022** in the county of **Charleston** in the District of **South Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(2). | Did knowingly and unlawfully enter and was found in the United States of America, not having obtained the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission thereto; said defendant then being an alien who had been previously deported from the United States to Mexico on or about March 17, 2021, and having been previously convicted of an aggravated felony. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

**CRAIG A HUGUS**
Digitally signed by CRAIG A HUGUS
Date: 2022.10.25 09:11:34 -04'00'

*Complainant's signature*

Craig Hugus, Deportation Officer
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/25/2022

*Judge's signature*

City and state: Charleston, South Carolina    Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*

STATE OF SOUTH CAROLINA  }           AFFIDAVIT
COUNTY OF CHARLESTON     }

I, Craig Hugus, being first duly sworn, hereby depose and state as follows:

1. I am a Deportation Officer "DO" for the Department of Homeland Security "DHS," Immigration and Customs Enforcement "ICE", Enforcement and Removal Operations "ERO." I have been employed with ICE ERO since November 2006. Prior to my tenure with ICE ERO, I was employed as a United States Customs and Border Protection Officer from July 2003 to November 2006. I have conducted and participated in numerous administrative and criminal investigations involving violations of the United States Immigration and Nationality Act. My responsibilities include identifying and investigating illegal aliens with criminal histories that are subject to criminal prosecution, including violations of 8 USC 1326.

2. That the information contained in this affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers. As this affidavit is being submitted for the limited purpose of establishing probable cause to support the arrest of Carlos BARTOLO RIOS (BARTOLO RIOS), for violations of federal law, including, but not limited to: 8 U.S.C.§ 1326(a) and (b)(2), I have not included each and every fact known to me concerning this investigation and have set forth only those facts that I believe are necessary for said purpose;

3. On October 4, 2022, ICE ERO Fugitive Operations Officers observed BARTOLO RIOS outside of his residence in North Charleston, SC. During a routine follow up investigation, a Fugitive Operations officer drove to the previous address of BARTOLO RIOS, which was known to ICE to see if by chance he could spot BARTOLO RIOS. That same morning, the officer observed BARTOLO RIOS exit the residence and get into a vehicle and leave. The officer was able to recognize BARTOLO RIOS because he had personally arrested BARTOLO RIOS in 2021, and also had a photograph on hand for comparison;

4. According to BARTOLO RIOS's immigration file, BARTOLO RIOS received a removal order to Mexico on February 10, 2021, and previously had been deported from the United States on March 17, 2021;

5. On September 21, 2020, DO Hugus conducted extensive automated record checks of immigration indices and was unable to locate a record that BARTOLO RIOS was granted permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States after deportation;

6. Your affiant reviewed the immigration file of BARTOLO RIOS (A205 204 596) and discovered the following:
    a. that his true name is Carlos BARTOLO RIOS;

    b. that BARTOLO RIOS was born in 1986, in Mexico;
    c. that BARTOLO RIOS is a native and a citizen of Mexico;
    d. that BARTOLO RIOS illegally entered the United States at or near an unknown place, on an unknown date;
    e. that BARTOLO RIOS was convicted on February 8, 2021, in the General Sessions Court of Charleston, South Carolina, for the offenses of Criminal Sexual Conduct Third Degree and Dissemination of Obscene Material to a Minor, in violation of SC Code sections 16-3-654 and 16-15-345, respectively; to which BARTOLO RIOS was committed into the custody of Charleston County Jail for a term of 417 days;
    f. that BARTOLO RIOS was issued a Notice of Intent to Issue a Final Administrative Removal Order by ICE Officers in North Charleston, SC on February 10, 2021, which he did not contest, and was issued a Final Administrative Removal Order that same day, and he was removed to Mexico on March 17, 2021;

7. Based on the foregoing, I submit there is probable cause to believe that BARTOLO RIOS is in violation of 8 U.S.C. § 1326(a) and (b)(2), in that, on or about October 4, 2022, in the County of Charleston in the District of South Carolina, he did knowingly and unlawfully enter and was found in the United States of America, not having obtained the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission thereto; said defendant then being an alien who previously had been deported from the United States to Mexico, subsequent to a conviction for the commission of an aggravated felony, on February 10, 2021.

This Affidavit has been reviewed by AUSA Allessandra Stewart.

_____
Craig Hugus, Deportation Officer
United States Immigration and Customs Enforcement

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE.

This __25th__ day of October, 2022
Charleston, South Carolina

_____
The Honorable Mary Gordon Baker
UNITED STATES MAGISTRATE JUDGE